UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABINO ANDRES ROMERO,<br><br>    Petitioner,<br><br>    v.<br><br>C. KOENIG,<br><br>    Respondent. | Case No. CV 21-05893-AB (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: August 3, 2021

                                        ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE